1  **ABHARWAL LAW OFFICES**
   Sunena Sabharwal, SBN 148237
2  SANDRA J. SPRINGS, SBN 68607, Of Counsel
   1816 Fifth Street
3  Berkeley, CA  94710
   Telephone (510) 665-8777
4  Facsimile (510) 665-8778

5  Attorney for Plaintiff
   JACQUELINE THORNBORROW
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 JACQUELINE THORNBORROW,          )  **Case No.** CV-02898-JCF
                                    )
11              Plaintiff,          )  **STIPULATION FOR LEAVE TO FILE**
                                    )  **FIRST AMENDED COMPLAINT.**
12 vs.                              )
                                    )
13 UNITED BEHAVIORAL HEALTH, and    )
   DOES 1 through 50,               )
14                                  )
              Defendants.           )
15                                  )
                                    )
16 _____ )

17 TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

18      IT  IS  HEREBY  STIPULATED  by  and  between  Plaintiff  JACQUELINE

19 THORNBORROW, and Defendant UNITED BEHAVIORAL HEALTH, by and through their

20 respective counsel of record, that Plaintiff JACQUELINE THORNBORROW, may file a first

21 amended complaint in this action by July 15, 2011.  The parties further stipulate that once the

22 amended complaint is filed, the motion to dismiss currently on calendar shall be withdrawn as

23 moot.

24

25

STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

1    IT IS HEREBY STIPULATED:

2    DATED: 7-8-11                      SABHARWAL LAW OFFICES

3
                                        By
4
                                        Suneha Sabharwal,
5                                       Attorneys for Plaintiff, Jacqueline Thornborrow

6    DATED: 7-8-11                      LEWIS BRISBOIS BISGAARD & SMITH LLP

7
                                        By
8                                       Elise D. Klein
9                                       Attorneys for Defendant United Behavioral Health

10   Dated: July 18, 2011

         IT IS SO ORDERED
         Judge Joseph C. Spero
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA