# LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Fax: 415.434.0882
www.lbbslaw.com

STEPHEN J. LIBERATORE
DIRECT DIAL: 415.262.8510
E-MAIL: LIBERATORE@LBBSLAW.COM

October 31, 2011

File No.
29431.23

**VIA ELECTRONIC FILING**

Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom G
San Francisco, CA 94102

Re: *Jacqueline Thornborrow v. United Behavioral Health*
U.S. District Court, Northern District of California Case No. C 11-02898 JCS

Dear Magistrate Judge Spero:

At the initial case management conference in this matter, convened on Friday, October 21, 2011, you directed the parties to advise the Court of their selection of a mediator and the mediation date by today. I write to request additional time to do so.

I was called out of town for a few days last week to attend to a family emergency and so was unable to consult with Plaintiff's counsel on the selection of a mediator.

Would the Court be amenable to granting the parties an additional week, to November 7, 2011, to advise the Court on the selection of a mediator and a date for mediation? Thank you for your kind consideration of this request.

Dated: 11/1/11

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

Stephen J. Liberatore of
LEWIS BRISBOIS BISGAARD & SMITH LLP

SJL:si
cc: Sunena Sabharwal, Esq.

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • DALLAS • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4837-3677-8765.1