UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE THORNBORROW, | No. C 11-02898 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED BEHAVIORAL HEALTH, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on February 17, 2012, before this Court in the above-entitled case. Plaintiff was not present. Stephen J. Liberatore, counsel for Defendant, was present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 16, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the further case management conference on February 17, 2012, for failure to prosecute, and for failure to comply with the Clerk's Notice dated January 4, 2012. A further case management conference is also scheduled for **March 16, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: February 27, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge