**SABHARWAL LAW OFFICES**
Sunena Sabharwal, Esq.  SB# 148237
    E-Mail: sunenas@hotmail.com
Sandra J. Springs, Esq.  SB# 68607
    E-Mail: lessprings@gmail.com
1816 Fifth Street
Berkeley, CA 94710
Telephone:    (510) 665-8777
Facsimile:    (510) 665-8778

Attorneys for Plaintiff
JACQUELINE THORNBORROW

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Elise D. Klein, Esq. SB# 111712
    E-Mail: klein@lbbslaw.com
Stephen J. Liberatore, Esq. SB# 129772
    E-Mail: liberatore@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Thornborrow,<br><br>Plaintiff,<br><br>v.<br><br>United Behavioral Health,<br><br>Defendant. | CASE NO. CV-02898-JCS<br><br>**STIPULATION re: REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE; [PROPOSED] ORDER**<br><br>Date:         March 16, 2012<br>Time:         1:30 p.m.<br>Courtroom:    G<br><br>Trial Date:    None Set |

Plaintiff JACQUELINE THORNBORROW ("Plaintiff") and Defendant UNITED BEHAVIORAL HEALTH ("Defendant"), hereinafter collectively referred to as "the Parties," by and through their respective attorneys of record, hereby submit following stipulation:

## STIPULATION

WHEREAS, the Parties have reached a settlement of the above-captioned action; and

1     WHEREAS, there is presently scheduled for Friday, March 16, 2012, a hearing on the

2 Court's recently-issued Order to Show Cause/Further Case Management Conference;

3     Therefore, Parties stipulate as follows:

4     That the hearing on the Court's recently-issued Order to Show Cause/Further Case

5 Management Conference be continued to May 4, 2012 (or to a date thereafter) so as to provide the

6 Parties the opportunity to prepare and finalize the settlement agreement and to file with the Court a

7 formal Dismissal.

8                                             Respectfully submitted,

9 Dated: March 13, 2012                 SABHARWAL LAW OFFICES

11                                             By _/s/_____
                                                Sunena Sabharwal
                                                Sandra J. Springs
12                                            Attorneys for Plaintiff
                                           JACQUELINE THORNBORROW

14 Dated: March 13, 2012                 LEWIS BRISBOIS BISGAARD & SMITH LLP

16                                             By _/s/_____
                                               Elise D. Klein
                                               Stephen J. Liberatore
17                                            Attorneys for Defendant
                                           UNITED BEHAVIORAL HEALTH

19                                                 **ORDER**

20     Having read and considered the Stipulation of the Parties as set forth above,

21     **THE COURT HEREBY ORDERS AND DECREES** that the hearing on the Court's

22 recently-issued Order to Show Cause/Further Case Management Conference scheduled for Friday,

23 March 16, 2012, be, and hereby is, **CONTINUED** to **Friday, May 4, 2012, at 1:30 p.m**.

24     Such hearing will be taken off calendar upon the Parties' filing of a formal Dismissal.

25     IT IS SO ORDERED.

27 Dated: March 14, 2012                 _____
                                           Joseph C. Spero
28                                            Magistrate Judge, United States District Court
                                           Northern District of California