**SABHARWAL LAW OFFICES**
Sunena Sabharwal, Esq. SB# 148237
    E-Mail: sunenas@hotmail.com
Sandra J. Springs, Esq. SB# 68607, Of Counsel
    E-Mail: lessprings@gmail.com
1816 Fifth Street
Berkeley, CA 94710
Telephone:   (510) 665-8777
Facsimile:    (510) 665-8778

Attorneys for Plaintiff
JACQUELINE THORNBORROW

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Elise D. Klein, Esq. SB# 111712
    E-Mail: klein@lbbslaw.com
Stephen J. Liberatore, Esq. SB# 129772
    E-Mail: liberatore@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Thornborrow,<br><br>    Plaintiff,<br><br>  v.<br><br>United Behavioral Health,<br><br>    Defendant. | CASE NO. CV-02898-JCS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER re: DISMISSAL** |

## STIPULATION

1.  WHEREAS Plaintiff JACQUELINE THORNBORROW and Defendant UNITED BEHAVIORAL HEALTH (collectively, "the Parties") have reached a settlement in the above-captioned action; and

2.  WHEREAS the Parties have now executed a Confidential Settlement Agreement and General Release of All Claims, and settlement monies have been paid:

The Parties, by and through their respective counsel of record, hereby stipulate and agree that the Court may now enter an order that the above-captioned action is hereby dismissed with prejudice.

Respectfully submitted,

Dated: May 8, 2012                     SABHARWAL LAW OFFICES


By _____
    Sunena Sabharwal
    Sandra J. Springs
Attorneys for Plaintiff
JACQUELINE THORNBORROW


Dated: May 9, 2012                     LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
    Elise D. Klein
    Stephen J. Liberatore
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

**ORDER**

Having read the above stipulation of the Parties, submitted by and through their respective counsel of record, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE.**

It is so ordered.


Dated: May __, 2012

_____
Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California

4820-6600-6287.1                              2

Stipulation and [Proposed] Order re: Dismissal
Case No. CV-02898-JCS

The Parties, by and through their respective counsel of record, hereby stipulate and agree that the Court may now enter an order that the above-captioned action is hereby dismissed with prejudice.

Respectfully submitted,

Dated: May 8, 2012

SABHARWAL LAW OFFICES

By _____
Sunena Sabharwal
Sandra J. Springs
Attorneys for Plaintiff
JACQUELINE THORNBORROW

Dated: May 8, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Elise D. Klein
Stephen J. Liberatore
Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

### ORDER

Having read the above stipulation of the Parties, submitted by and through their respective counsel of record, and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE.**

It is so ordered.

Dated: May 10, 2012

Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-6600-6287.1
Stipulation and [Proposed] Order re: Dismissal
Case No. CV-02898-JCS

2

09-MAY-2012 11:14 From:5102738788 ID:LBBS Page:002 R=96%

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2012, a true and correct copy of **Stipulation and [Proposed] Order re: Dismissal** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Sharon Ingram, an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP